**Opinion issued June 25, 2013**



In The

# Court of Appeals
**For The**
# First District of Texas

_____

## NO. 01-13-00127-CV
_____

**PAUL OUZENNE AND OUZENNE CONSTRUCTION COMPANY,**
**Appellants**

**V.**

**LEON SHANKLE AND MARGIE BENTON SHANKLE, Appellees**

**On Appeal from the 129th Civil District Court**
**Harris County, Texas**
**Trial Court Cause No. 2003-13270**

## MEMORANDUM OPINION

Appellants, Paul Ouzenne and Ouzenne Construction Company, have

neither paid the required fees nor established indigence for purposes of appellate

costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. § 51.207 (West Supp. 2012), § 51.941(a) (West 2005), § 101.041 (West Supp. 2012); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.